UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOHNNY R. DAVIS.,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 3:19-cv-386

District Judge Michael J. Newman
Magistrate Judge Sharon L. Ovington

---

**ORDER AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE; (2) AFFIRMING THE COMMISSIONER'S NON-DISABILITY FINDING; AND (3) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

    The Court has reviewed the Report and Recommendation of United States Magistrate Judge Sharon L. Ovington (doc. 15), to whom this case was referred pursuant to 28 U.S.C. § 636(b).  Noting that no objections have been filed and that the time for filing objections under Fed. R. Civ. P. 72(b) has expired, it is hereby **ORDERED** that: (1) the Report and Recommendation (doc. 15) is **ADOPTED** in full; (2) the Commissioner's non-disability determination is **AFFIRMED**; and (3) this case is **TERMINATED** on the docket of this Court.

    **IT IS SO ORDERED.**

Date:  January 27, 2021

s/ Michael J. Newman
Michael J. Newman
United States District Judge