AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| Johnny R. Davis | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:19-CV-386 |
| Commissioner of Social Security | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____%, plus post judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Judgment in favor of Defendant and against Plaintiff; Commissioner's non-disability determination is affirmed; and this case is terminated on the docket of this Court.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☑ **decided by Judge** Michael J. Newman on a motion for Report and Recommendations.

Date: 1/27/2021

CLERK OF COURT

*/s/ Kaylin Atkinson*
Signature of Clerk or Deputy Clerk